IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | ) | |
|---|---|---|
| CALNET, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14-cv-401 LOG/JFA |
| | ) | |
| CloudSilver Consulting LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

~~PROPOSED~~ ORDER

This matter is before the Court on Defendants CloudSilver Consulting LLC and Anthony F. Scolaro's Consent Motion for Substitution of Counsel, filed on September 23, 2014. Attorney Deborah J. Israel has noticed her appearance as counsel for Defendants CloudSilver Consulting LLC and Anthony F. Scolaro. Accordingly, good cause exists to excuse Lee E. Berlik and Mary M. Baker, of BerlikLaw, LLC, from further participation in this case as counsel to the above-named Defendants. It is hereby

ORDERED that the Consent Motion for Substitution of Counsel is GRANTED. It is further

ORDERED that attorneys Lee E. Berlik and Mary M. Baker are excused from participation in this case as counsel to Defendants CloudSilver Consulting LLC and Anthony F. Scolaro.

Entered this 23rd day of September, 2014.

_____/s/_____
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge