IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CALNET, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-401 LOG/JFA |
| ) | |
| CloudSilver Consulting LLC, et al., ) | |
| ) | |
| Defendants. ) | |

~~PROPOSED~~ ORDER

This matter is before the court on Defendant Kris Menon's Consent Motion for Substitution of Counsel, filed on September 23, 2014. Attorney David G. Tripp has noticed his appearance as counsel for Defendant Kris Menon. Accordingly, good cause exists to excuse Lee E. Berlik and Mary M. Baker, of BerlikLaw, LLC from further participation in this case as counsel to the above-named Defendant.

ORDERED that the Consent Motion for Substitution of Counsel is GRANTED. It is further

ORDERED that attorneys Lee E. Berlik and Mary M. Baker are excused from participation in this case as counsel to Defendant Kris Menon.

Entered this 23rd day of September, 2014.

/s/ JFA
John F. Anderson
United States Magistrate Judge