IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CALNET, Inc., <br><br> Plaintiff, <br><br> v. <br><br> CloudSilver Consulting LLC, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:14-cv-401 LOG/JFA <br> ) <br> ) <br> ) <br> ) <br> ) |

### ~~PROPOSED~~ ORDER

This matter is before the Court on Defendants CloudSilver Consulting LLC, Anthony F. Scolaro, and Kris Menon's Consent Motion to Amend the Scheduling Order and Approved Joint Discovery Plan, which was filed with this Court on September 26, 2014. Given that the parties to this action are in agreement and consent to Defendants' request to amend the August 27, 2014 Scheduling Order and Joint Discovery Plan to provide for a ~~brief~~, thirty (30) day extension of the discovery period, attendant discovery and pretrial deadlines, and final pretrial conference; that no prejudice will result to any party; and that this is the first request for an amendment to the Scheduling Order, and the Court considers this request to be reasonable under the unforeseen circumstances prompting the relief requested; it is accordingly and hereby

ORDERED that, for good cause shown, the Consent Motion to Amend Scheduling Order and Approved Joint Discovery Plan is **GRANTED** IN PART. It is further

ORDERED that, for good cause shown, the Scheduling Order entered August 27, 2014 [Dkt. 59] in this matter is amended to permit ~~a thirty-day~~ AN extension of the discovery period and ~~a thirty-day~~ AN extension of the date for the final pretrial conference, so that new counsel for

Defendants CloudSilver Consulting LLC, Anthony F. Scolaro, and Kris Menon have sufficient time to fully transition into this matter. More specifically,

1. The discovery deadline shall be extended from December 12, 2014 through and including January 9, 2015; and

2. The final pretrial conference currently scheduled for December 18, 2014 at 10:00 a.m. be extended to JANUARY 15, 2015 AT 10:00 AM, and the attendant deadline for Rule 26(a)(3) disclosures, trial exhibit lists, trial witness lists, and stipulations for uncontested facts be likewise extended to the date of the final pretrial conference.

It is further

**ORDERED** that, for good cause shown, paragraph 2 of the parties' Joint Discovery Plan [Dkt 58] be modified to provide an extension of each of the deadlines set forth therein.

Entered this 26th day of September, 2014.

/s/ JFA
John F. Anderson
United States Magistrate Judge

2